■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
DANIEL RIVERA, Appellant. [692 NYS2d 618] —Appeal from a judg-
ment of the County Court of Franklin County (Main, Jr., J.),
rendered October 20, 1997, convicting defendant upon his plea
of guilty of the crime of promoting prison contraband in the
first degree.

Defendant, a prison inmate, pleaded guilty to the crime of
promoting prison contraband in the first degree in satisfaction
of a four-count superior information and was sentenced as a
second felony offender to a prison term of 3 to 6 years. Defense
counsel seeks to be relieved of his assignment as counsel for
defendant on the ground that there are no nonfrivolous issues
that can be raised on appeal. Based upon our review of the rec-
ord and defense counsel's brief, we agree. Accordingly, the
judgment is affirmed and defense counsel's application for leave
to withdraw is granted (*see*, *People v Cruwys*, 113 AD2d 979, *lv
denied* 67 NY2d 650).

Cardona, P. J., Mikoll, Peters, Spain and Carpinello, JJ.,
concur. Ordered that the judgment is affirmed, and application
to be relieved of assignment granted.